**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

ALBERT MATHIEU,

                          Petitioner,                        26 **CIVIL** 4630 (PAE)

         -against-                                **JUDGMENT**

DEPARTMENT OF HOMELAND SECURITY,
                            Respondent.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 17, 2026, the Court has granted Mathieu's petition for a writ of habeas corpus, insofar as the petition seeks a burden-shifted bond hearing, but has denied the petition, insofar as it seeks his immediate release. Within two weeks of the decision, an IJ shall hold a bond hearing for Mathieu, at which the Government shall bear the burden of proving, by clear and convincing evidence, that Mathieu is a danger to the community or a flight risk. In determining whether to grant bond, the IJ shall consider the sufficiency of alternatives to imprisonment, including but not limited to release on recognizance and electronic monitoring. In determining the amount of any bond imposed, the IJ shall consider Mathieu's ability to pay. Within 48 hours of the bond hearing, the Government shall file a letter on the docket of this case stating the outcome of the hearing. It shall also promptly order a transcript or recording of the hearing, and file such on the docket.

**DATED:** New York, New York
          June 18, 2026

                                     **TAMMI M. HELLWIG**

                                  _____
                                      **Clerk of Court**

          **BY:**             K. Mango

                                    _____
                                      **Deputy Clerk**