UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT MATHIEU,

Petitioner,

-v-

DEPARTMENT OF HOMELAND SECURITY,

Defendant.

26 Civ. 4630 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court hereby directs the Government to respond to petitioner Albert Mathieu's letter, filed yesterday at docket 17, by July 15, 2026. The Government's response should include a transcript of Mathieu's June 29, 2026 bond hearing.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 9, 2026
New York, New York